# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TRAVIS and SHANNON EDWARDS,**
as parents and next best friends of E                                         **PLAINTIFFS**

v.                    Case No. 4:16-cv-00021-KGB

**ROGERS SCHOOL DISTRICT,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Plaintiffs Travis and Dr. Shannon Edwards, as parents and next best friends of E, filed this action against defendants Rogers School District; Superintendent of Schools Janie Darr; Director of Special Education Supervisor Sherry Stewart; Assistant Director of Special Education Tita Devore; the Arkansas Department of Education ("ADE"); and Johnny Key, in his official capacity as Commissioner of the ADE. The Court previously dismissed certain of plaintiffs' claims against defendants (Dkt. Nos. 41, 42). Plaintiffs' remaining claims against the Rogers School District alleged violations under the Individuals With Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq.*, Section 504 of the Rehabilitation Act ("Section 504"), 29 U.S.C. § 794, and the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq*. Their remaining claims against the ADE and Commissioner Key alleged violations under 42 U.S.C. § 1983 based on procedural due process claims relating to the IDEA dispute resolution process and entitlement to direct provision of services pursuant to the IDEA. On March 5, 2018, plaintiffs filed an appeal of the hearing officer's IDEA decision determining that plaintiffs were not entitled to relief (Dkt. No. 52).

By prior Order, the Court bifurcated the proceedings and determined that it would review the hearing officer's IDEA decision before considering plaintiffs' remaining claims (Dkt. No. 46). The Court affirmed the hearing officer's decision (Dkt. No. 55). Plaintiffs then moved to dismiss

without prejudice their remaining claims, and the Court granted their motion by separate Order on this date.

Consistent with the Orders entered by the Court in this matter, it is considered, ordered, and adjudged that plaintiffs' claims against defendants Rogers School District; Superintendent of Schools Janie Darr; Director of Special Education Supervisor Sherry Stewart; Assistant Director of Special Education Tita Devore; the Arkansas Department of Education; and Johnny Key are dismissed.

It is so adjudged this 16th day of May, 2019.

Kristine G. Baker
United States District Judge